# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA ) CASE NUMBER 08 MJ 1781

vs ) ABSTRACT OF ORDER

) Booking No.__________

Jose Perez-Morales )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 6/19/08

the Court entered the following order:

RECEIVED
2008 JUN 19 P 4:10
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA

X Defendant be released from custody.

______ Defendant placed on supervised / unsupervised probation / supervised release.

______ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

X Defendant released on $ 25,000 P/S bond posted.

______ Defendant appeared in Court. FINGERPRINT & RELEASE.

______ Defendant remanded and ( ______ bond) ( ______ bond on appeal) exonerated.

______ Defendant sentenced to TIME SERVED, supervised release for ______ years.

______ c.c. judgment Court of Appeals ( ______ affirming) ( ______ reversing) decision of this Court:

______ dismissing appeal filed.

______ Bench Warrant Recalled.

______ Defendant forfeited collateral.

______ Case Dismissed.

______ Defendant to be released to Pretrial Services for electronic monitoring.

______ Other.__________

Ruben B. Brooks

UNITED STATES MAGISTRATE JUDGE

OR

Received__________
DUSM

W. SAMUEL HAMRICK, JR. Clerk
by
Deputy Clerk

Crim-9 (Rev 6-95) ★ U.S. GPO: 1996-783-398/40151

CLERK'S COPY