FILED
JUN 19 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
v.
JORGE RENE BERNAL-GUZMAN (1),
ARGENIS REYES-GRAHAM (2),
JOSE PEREZ-MORALES (3),
TULIO ESPINOZA-DE LOS MONTEROS (4),
Defendants.

Criminal Case No. 08CR2063-WQH

I N F O R M A T I O N

Title 8, U.S.C., Sec. 1324(a)(1)(A)(i) and (v)(II) - Bringing in Illegal Aliens and Aiding and Abetting

The United States Attorney charges:

On or about June 6, 2008, within the Southern District of California, defendants: JORGE RENE BERNAL-GUZMAN, ARGENIS REYES-GRAHAM, JOSE PEREZ-MORALES, and TULIO ESPINOZA-DE LOS MONTEROS, with the intent to violate the immigration laws of the United States, did bring or attempt to bring into the United States an alien, namely, Jose Hernandez-Ortiz, knowing that said person was an alien, at a place other than a designated port of entry and at a place other than as designated by the Department of Homeland Security; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i) and (v)(II).

DATED: June 19, 2008.

KAREN P. HEWITT
United States Attorney

for JAMES P. MELENDRES
Assistant U.S. Attorney

JPME:lg:San Diego
6/11/08