AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

JOSE PEREZ-MORALES (3)

**WAIVER OF INDICTMENT**

CASE NUMBER: 08cr2063 WQH

I, JOSE PEREZ-MORALES, the above-named defendant, who is accused of committing the following offenses:

Bringing in Illegal Aliens and Aiding and Abetting, in violation of Title 8, U.S.C., Secs. 1324(a)(1)(A)(i) and (v)(II),

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 6-19-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
JUN 19 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

Defendant

Defense Counsel

Before ______________________
Judicial Officer