UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff

vs.

Jorge Rene Bernal-Guzman
Defendant(s)

CRIMINAL NO. 08 CR 2063-WQH

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States ~~District~~/Magistrate Judge, Ruben B. Brooks

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (~~Bond Posted / Case Disposed~~ / Order of Court).

Jose Hernandez-Ortiz

DATED: 6/30/08

Ruben B. Brooks
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED [signature]
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by [signature]
V. Lee, Deputy Clerk



☆ U.S. GPO: 2003-581-774/70082